```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:22-CR-00648-RA-2
    -against-                        :   ORDER
                                     :
Ashly Camacho Soto                   :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include: Mental health evaluation/treatment as directed by Pretrial Services

Dated: April 26, 2023
New York, New York

SO ORDERED:

_____
Ronnie Abrams
United States District Judge