# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

By ECF

October 3, 2023

Honorable Robin Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 3, 2023

Re:  Unites States v. Ashly Camacho – Soto, 22-CR-00648-RA

Dear Judge Abrams-

    I write with the consent of U.S. Pretrial Services Officer Dayshawn Bostic and AUSA Thomas Burnett to request that Ms. Ashly Camacho- Soto be granted permission to retrieve her passport from Pretrial Services on Thursday October 5, 2023 and return it the same day. This request is to allow her to process paperwork in connection with an application by her mother to enter the United States.

Very truly yours,

James Roth

CC: All parties by ECF