**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

By ECF

October 12, 2023

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 12, 2023

Re: United States v. Ashley Camacho-Soto, 22 Cr. 648(RA)

Dear Judge Abrams:

I write a second time with the consent of U.S. Pretrial Services Officer Dayshawn Bostic and AUSA Thomas Burnett to request that Ms. Camacho-Soto be granted permission to retrieve her passport from Pretrial Services. A medical appointment interfered with her prior attempt to accomplish the task. She requests permission to retrieve her passport on October 16, 2023 and return it on October 18, 2023 to allow her to process paperwork in connection with an application by her mother to enter the United States.

Very truly yours,

James Roth

CC: All parties