## STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

By ECF

May 29, 2024

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 29, 2024

Re: United States v. Ashley Camacho-Soto, 22Cr.648 (RA)

Dear Judge Abrams:

    I write to seek approval for Ms. Camacho-Soto to travel to the Dominican Republic from June 11-June 27, 2024 to stay with and visit her family members. To enable her to travel we request that her passport be released from the probation department on June 9 and returned on June 28th. As You Honor is aware, Ms. Camacho-Soto successfully completed the YAOP and awaits the resolution of her case that has been pending for over two years.

    The probation department takes no position on this application and AUSA Thomas Burnett consents.

Very truly yours,

James Roth

cc: AUSA Thomas Burnett
    USPO Dashawn Bostic